**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-508**

---

In Re:  ALFRED J. VINCENT,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-75-23-W)

---

Submitted:  May 16, 1996            Decided:  May 21, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Alfred J. Vincent, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred J. Vincent's petition for mandamus is meritless and is therefore denied. His motions for appointment of counsel, for recusal of members of this court, for dismissal of No. 81-1513, for certification of questions to the Supreme Court, and to vacate a district court judgment are also denied for lack of merit. Finally, because no member of the court has requested a poll, Vincent's motion for hearing en banc is denied. We also deny Vincent's motions for in forma pauperis status and for oral argument and "Request for Hearing" because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2